IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FRANKIE WALTON                                                                          PLAINTIFF

v.                                   Case No. 3:17-cv-00326-KGB

KROGER LIMITED PARTNERSHIP I                                              DEFENDANT/
d/b/a KROGER                                                            THIRD-PARTY PLAINTIFF

v.

ADVANTAGE SALES & MARKETING                                   THIRD-PARTY DEFENDANT
LLC d/b/a INTEGRATED MARKETING
SERVICES

## ORDER

This matter is currently set for trial the week of May 7, 2018 (Dkt. No. 40). On the Court's own motion, the Court removes this case from the trial calendar. If needed, a further Amended Scheduling Order with a new trial date will be docketed.

It is so ordered this 3rd day of May, 2018.

_____
Kristine G. Baker
United States District Judge