# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

| | |
|---|---|
| **FRANKIE WALTON** | **PLAINTIFF** |
| v. | Case No. 3:17-cv-00326-KGB |
| **KROGER LIMITED PARTNERSHIP I** <br> **d/b/a KROGER** | **DEFENDANT/** <br> **THIRD-PARTY PLAINTIFF** |
| v. | |
| **ADVANTAGE SALES & MARKETING** <br> **LLC d/b/a INTEGRATED MARKETING** <br> **SERVICES** | **THIRD-PARTY DEFENDANT** |

## ORDER

In a letter to the Court, counsel for plaintiff Frankie Walton, defendant/third-party plaintiff Kroger Limited Partnership I, d/b/a Kroger ("Kroger"), and third-party defendant, Advantage Sales & Marketing, LLC d/b/a Integrated Marketing Services represent that they have reached a compromise settlement and that the entire action should be dismissed with prejudice. For good cause shown, the Court dismisses this action with prejudice.

Furthermore, on May 3, 2018, this Court entered an Order granting Kroger permission to file a third-party complaint against Hartford Fire Insurance Company ("Hartford") (Dkt. No. 46). No third-party complaint has been filed to date, though a proposed third-party complaint was attached to Kroger's motion for leave to file a third-party complaint (Dkt. No. 41-2). In a letter to the Court, counsel for Kroger and Hartford represent that this matter has settled and that Kroger's claims against Hartford also should be dismissed with prejudice. For good cause, the Court dismisses with prejudice Kroger's third-party claims against Hartford.

It is so ordered this 17th day of May, 2018.

                                                          _____
                                                          Kristine G. Baker
                                                          United States District Judge